| | | | |
|---|---|---|---|
| UNITED STATES DISTRICT COURT | | CIVIL CONFERENCE | |
| EASTERN DISTRICT OF NEW YORK | | MINUTE ORDER | |

BEFORE:   A. KATHLEEN TOMLINSON         DATE:  7-1-2019
          U.S. MAGISTRATE JUDGE          TIME:  11:04 a.m. (15 minutes)

*Williams v. Mangano, et al.*
**CV 17-2667 (RRM) (AKT)**

TYPE OF CONFERENCE:         **SHOW CAUSE HEARING**

APPEARANCES:    Plaintiff    Jessica Ashley Williams, *Pro Se*

                Defendant    Liora M. Ben-Sorek

FTR:   11:04 – 11:19

SCHEDULING:

Defendants' counsel is directed to advise the Court promptly whether she has received the Plaintiff's discovery responses by July 26, 2019.

THE FOLLOWING RULINGS WERE MADE:

1. By Order dated May 8, 2019, the Court set today's Show Cause hearing and directed the pro se plaintiff to appear and show cause why this action should not be dismissed for her failure to prosecute her claims, notwithstanding multiple Orders from the Court.

2. The Court pointed out to the plaintiff that this case was filed almost two years ago and not one item of discovery has been completed. Likewise, since the Initial Conference in April 2018, the plaintiff has done nothing. Nor has plaintiff responded to ongoing correspondence from defendants' counsel. I informed Ms. Williams, once again, that it is her obligation to move this case forward or to face the prospect of dismissal. Ms. Williams stated that she is looking for an attorney, but the Court reminded her that she has had two years to obtain counsel. This case will not be further delayed.

3. At the last conference, the Court also provided the plaintiff with a flyer from the Hofstra Law School Pro Se Clinic which is located right in the courthouse on the first floor. I urged the plaintiff to take advantage of the services the Clinic offers and to make an appointment to speak with a staff member there as soon as possible. Plaintiff did not do so.

4. I informed plaintiff in the strongest possible terms today that I am giving her **one final opportunity to respond to the request for documents served upon her by the Defendants**. Plaintiff stated that she could not find the original requests served by defendants' counsel. Chambers staff made another copy and handed it to Ms. Williams while the conference continued. **PLAINTIFF WILLIAMS HAS UNTIL JULY 26, 2019 – AND NOT ONE DAY LATER – TO SERVE RESPONSES TO DEFENDANTS' DISCOVERY DEMANDS AND TO SERVE HER OWN**

**REQUESTS IF SHE CHOOSES TO DO SO. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THIS COURT'S IMMEDIATE RECOMMENDATION TO JUDGE MAUSKOPF THAT PLAINTIFF'S CASE BE DISMISSED**.

5. Defendants' counsel is directed to serve a copy of this Order upon the pro se plaintiff forthwith by email and first-class mail and to file proof of such service on ECF by July 10, 2019.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge