
**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

August 26, 2019

**Via ECF**
Hon. A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: Williams v. Detective Bourguignon, et al.
     CV-17-2667 (JFB) (AKT)

Dear Judge Tomlinson:

  This office represents the Defendants in the above-referenced lawsuit. This letter is sent to address the directives contained in the Court's August 23, 2019 Electronic Order. That Order required responses to: (1) whether Defendants' received discovery responses from Plaintiff; and (2) why Defendants failed to communicate with the Court in a prompt fashion.

  Answering the Court's first inquiry, Plaintiff served discovery responses and Employment Records Authorizations by email in late July.

  In response to the second directive, I sincerely apologize for not contacting the Court earlier. Upon re-reading the July 1, 2019 Order (DE 35), I see the directive in the opening sentence. When initially reading the Order, I must have inadvertently skipped over that sentence, going instead to the enumerated rulings. There is no excuse for that and the undersigned will read through the Court's Orders more thoroughly in future.

  With respect to the status of this case, requests for Plaintiff's employment records have been mailed out and we are awaiting responses.

  Once again, I apologize to the Court for this oversight. No disrespect was intended to the Court or Plaintiff.

           Respectfully submitted,
           *Liora M. Ben-Sorek*
           Liora M. Ben-Sorek
           Deputy County Attorney

cc: Jessica Ashley Williams (Via E-Mail and First-Class Mail)
   Plaintiff *Pro Se*