| **LAURA CURRAN**<br>County Executive |  | **JARED A. KASSCHAU**<br>County Attorney |
|---|---|---|

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

August 3, 2020

<u>**Via ECF**</u>

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Williams v. Mangano, et al.
     CV-17-2667 (RRM) (AKT)</u>

Dear Judge Mauskopf:

  The County Attorney's Office represents Nassau County Detectives William Bourguignon, Leonard Mathewson, Hector Bourren, Jason Wrieske, Jason Collins and Damian Suarez (hereinafter collectively referred to as the "Defendants"), the remaining defendants in the above-referenced action. This letter is sent to request permission to file Defendants' Summary Judgment Motion as unopposed and fully briefed.

  In an Electronic Order issued on May 25, 2020 this Court waived a pre-motion conference and set forth the following briefing schedule for the Defendants' Summary Judgment Motion:

| | |
|---|---|
| Motion to be served on Plaintiff by: | June 24, 2020 |
| Opposition to be served on Defense Counsel by: | July 24, 2020 |
| Reply to be served on Plaintiff by: | August 7, 2020 |
| Fully Briefed Motion to be filed with the Court by: | August 7, 2020 |

  Defendants moving papers were timely served on Plaintiff. However, as of the filing of this letter, we have not received any opposition from her, nor has she submitted her opposition to be filed by ECF. Moreover, we have had no communication with Plaintiff in connection with the motion.

  According to Section III.B.5 of this Court's Individual Rules "[n]o motion papers shall be filed with the Court until the motion has been fully briefed." Therefore, in the absence of any responsive papers from Plaintiff, the Defendants respectfully request permission to file their motion as unopposed and fully briefed.

Thank you for your time and attention to this matter.

>Respectfully submitted,
>
>*Liora M. Ben-Sorek*
>Liora M. Ben-Sorek
>Deputy County Attorney

cc: Jessica Ashley Williams (Via ECF and First-Class Mail)
    Plaintiff *Pro Se*