```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JESSICA ASHLEY WILLIAMS,                                      CV-17-2667 (RRM) (AKT)

                              Plaintiff,                      NOTICE OF MOTION

        -   against   -

DETECTIVE WILLIAM BOURGUIGNON,
DETECTIVE LEONARD MATHEWSON
DETECTIVE HECTOR BOURREN,
DETECTIVE JASON WRIESKE,
DETECTIVE JASON COLLINS, and
DETECTIVE DAMIAN SUAREZ,

                              Defendants.
----------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that upon the pleadings served in this action, the accompanying Statement of Material Facts pursuant to Local Civil Rule 56.1, the accompanying Notice to Pro Se Litigant pursuant to Local Civil Rule 56.2, the accompanying Memorandum of Law with attached exhibits, and all prior proceedings had herein, Defendants, Police Officer William Bourguignon (s/h/a "Detective William Bourguignon"), Police Officer Leonard Mathewson (s/h/a "Detective Leonard Mathewson"), Police Officer Hector Bourren (s/h/a "Detective Hector Bourren"), Police Officer Jason Wrieske (s/h/a "Detective Jason Wrieske"), Police Officer Jason Collins (s/h/a "Detective Jason Collins"), and Police Officer Damian Suarez (s/h/a "Detective Damian Suarez"), will move this Court, before the Hon. Roslynn R. Mauskopf, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 as soon as counsel may be heard for an Order of Summary Judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no material issues of fact that necessitate a trial and that the moving

defendants are entitled to judgment in their favor as a matter of law, together with such other and further relief as this Court may deem just and proper.

Dated: Mineola, New York
June 24, 2020

> JARED A. KASSCHAU
> Nassau County Attorney
> One West Street
> Mineola, New York 11501
> Attorney for Defendants
>
> By: *Liora M. Ben-Sorek*
> Deputy County Attorney
> (516) 571-3014

To: Jessica Ashley Williams (Via E-Mail and First-Class Mail)
218-30 110th Avenue
Queens Village, New York 11429
Plaintiff *Pro Se*