UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JESSICA ASHLEY WILLIAMS,　　　　　　　　CV-17-2667 (PKC) (JMW)

　　　　　　　　Plaintiff,　　　　　　　　STIPULATION AND ORDER
　　　　　　　　　　　　　　　　　　　　　OF DISMISSAL
　　-　against　-

COUNTY EXECUTIVE EDWARD P.
MANGANO, POLICE COMMISSIONER
JANE DOE, DETECTIVES: WILLIAM
BOURGUIGNON, LEONARD MATHEWSON,
HECTOR BOURREN, JASON WRIESKE,
JASON COLLINS, DAMIAN SUAREZ,
STEPHEN FIRESTONE, SILIVA MARQUEZ,
and JAMES MARINUCCI,

　　　　　　　　Defendants.
-----------------------------------------------------------X

　　　　IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, Plaintiff *Pro Se* and Counsel for the Defendants that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice without costs or attorneys' fees to any party.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JESSICA ASHLEY WILLIAMS

STATE OF NEW YORK　　)
　　　　　　　　　　　　　　ss.:
COUNTY OF Queens　　　)

On the 22nd day of March 2022 before me personally appeared Jessica Ashley Williams, known to me to be the individual who executed the within Settlement Agreement and Release.

_____
Notary Public

```
ARSENIA C BRITO
Notary Public - State of New York
NO. 01BR4976858
Qualified in Queens County
My Commission Expires Jan 22, 2023
```

THOMAS A. ADAMS
                                    Nassau County Attorney

                            By:     /s/ Liora Ben-Sorek
                                    Liora M. Ben-Sorek
                                    Deputy County Attorney
                                    One West Street
                                    Mineola, New York 11501
                                    (516) 571-3014
                                    Attorney for Defendants

SO ORDERED:

_____
Hon. James M. Wicks
United States Magistrate Judge